# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-5115
_____

HECTOR ADOLFO DEMONTALVO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Jennie Kinsey, Judge.

October 17, 2019

PER CURIAM.

AFFIRMED.

B.L. THOMAS, ROWE, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Hector Adolfo DeMontalvo, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.